## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AMERICAN BUSINESS FINANCIAL | ) | Case No. 05-10203 (MFW) |
| SERVICES, INC., *et al.*[1], | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| George L. Miller, Chapter 7 Trustee for | ) | |
| the Bankruptcy Estates of American | ) | |
| Business Financial Services, Inc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 07-50101 (KG) |
| v. | ) | |
| | ) | |
| Charlene V. Mead, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | **Objection Deadline: August 9, 2007** |
| _____ | ) | |

### DEFENDANT'S MOTION
### TO WITHDRAW THE REFERENCE

For the reasons in the attached memorandum of law, defendant requests that the District

Court withdraw the reference of the above-captioned adversary proceeding pursuant to 28 U.S.C.

§ 157(d).

DATED:  July 27, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:    loizides@loizides.com

*Counsel for Charlene V. Mead*

---

[1] On January 21, 2005, American Business Financial Services, Inc. filed Case No. 05-10203, Tiger Relocation Company filed Case No. 05-10204, American Business Credit, Inc. filed Case No. 05-10206, Home American Credit, Inc. filed Case No. 05-10207, and American Business Mortgage Services, Inc. filed Case No. 05-10208 (hereinafter referred to as the "Debtors" herein). ABFS Consolidated Holdings, Inc. filed a petition on January 24, 2005.  Based on information and belief, none of the Transfers at issue herein were made by ABFS Consolidated Holdings, Inc.

070716135733.DOCX

**EXHIBIT A – PROPOSED ORDER**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| AMERICAN BUSINESS FINANCIAL | ) | Case No. 05-10203 (MFW) |
| SERVICES, INC., *et al.*[1], | ) | |
| | ) | |
| Debtors. | ) | |
| ———————————————— | ) | |
| | ) | |
| George L. Miller, Chapter 7 Trustee for | ) | |
| the Bankruptcy Estates of American | ) | |
| Business Financial Services, Inc., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 07-50101 (KG) |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Charlene V. Mead, | ) | |
| | ) | **Objection Deadline: August 9, 2007** |
| Defendant. | ) | |
| ———————————————— | ) | **Re: Docket No. ____** |

### ORDER GRANTING DEFENDANT'S
### <u>MOTION TO WITHDRAW THE REFERENCE</u>

Upon Defendant's Motion to Withdraw the Reference (adv. docket no. __, the "Motion")

being duly considered on this _____ day of _____, 2007;

**IT IS HEREBY ORDERED THAT:**

1.    The Motion is **GRANTED**.

2.    The reference of the above-captioned adversary proceeding is hereby withdrawn

pursuant to 28 U.S.C. § 157(d).

**SO ORDERED** this _____ day of _____, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] On January 21, 2005, American Business Financial Services, Inc. filed Case No. 05-10203, Tiger Relocation Company filed Case No. 05-10204, American Business Credit, Inc. filed Case No. 05-10206, Home American Credit, Inc. filed Case No. 05-10207, and American Business Mortgage Services, Inc. filed Case No. 05-10208 (hereinafter referred to as the "Debtors" herein). ABFS Consolidated Holdings, Inc. filed a petition on January 24, 2005. Based on information and belief, none of the Transfers at issue herein were made by ABFS Consolidated Holdings, Inc.

**TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

**Adversary Case #:07-50101-(KG)**
**Related Bankruptcy Case #:05-10203-(KG)**
**District Court Civil Action#:**

**Deputy Clerk Transferring Case:**    Barbara M. Torres

**Case Type:**    (Adversary)

**Nature of Suit:**    (547- Recover Money or Property)

**Cause of Transmittal:**    (i.e. Order dated _____, Withdrawing the Reference to the U.S. District Court)

**Parties:**    George L. Miller, Ch. 7 Trustee for the Bankruptcy Estates of American Business Financial Services, Inc., et al. vs. Charlene V. Mead

**Plaintiff's Counsel:**    John T. Carroll, III

Cozen O'Connor

1201 North Market Street, Suite 1400
Wilmington, DE 19801

302-295-2028

jcarroll@cozen.com

**Defendant's Counsel:**    **Christopher D. Loizides**

Loizides & Associates

1225 King Street, Suite 800

Wilmington, DE 19801

302-654-0248

ecf.admin@loizides.com

revised: 10/20/03

C:\Documents and Settings\barbarag\My Documents\TRANSWTH.wpd

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900

Date:    August 16, 2007

To:    Clerk of Court
       U.S. District Court
       District of Delaware
       Wilmington, DE 19801

Re:    Adversary Case No.: 07-50101-(KG)
       Related BK Case No.: 05-10203-(KG)


On July 27, 2007, a Motion to Withdraw the Reference to U.S.D.C. for the District of Delaware was filed in the above-mentioned case. Enclosed is a Certified Copy of the Docket Sheet, a Transmittal Sheet, and the Motion to Withdraw the Reference with any related documents for the above-mentioned case.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely,

Barbara M. Torres, Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____day of ____2007.


By:_____
       Deputy Clerk


       _____
                Supervisor

C:\Documents and Settings\barbarag\My Documents\TRANSMIT.wpd