IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>AMERICAN BUSINESS FINANCIAL )<br>SERVICES, INC., *et al.*, )<br>)<br>            Debtors. )<br>_____) )<br>George L. Miller, Chapter 7 Trustee for )<br>the Bankruptcy Estates of American )<br>Business Financial Services, Inc., *et al.*, )<br>)<br>            Plaintiff, )<br>)<br>            v. )<br>)<br>Charlene V. Mead, )<br>)<br>            Defendant. )<br>_____) | Civil Action No. 07-502 (GMS) |

**NOTICE OF WITHDRAWAL
OF MOTION OF CHARLENE V. MEAD
TO TRANSFER VENUE OF ADVERSARY PROCEEDING**

Charlene V. Mead hereby withdraws her Motion to Transfer Venue of Adversary Proceeding, filed with the Bankruptcy Court on August 2, 2007 (Bankruptcy Adversary Docket No. 22) as moot due to the settlement of this matter.

DATED: November 14, 2007

_____
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

*Counsel for Defendant Charlene V. Mead*

071113175026.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: )<br>)<br>AMERICAN BUSINESS FINANCIAL )<br>SERVICES, INC., *et al.*, )<br>)<br>               Debtors. )<br>_____)<br>)<br>George L. Miller, Chapter 7 Trustee for )<br>the Bankruptcy Estates of American )<br>Business Financial Services, Inc., *et al.*, )<br>)<br>               Plaintiff, )<br>)<br>       v. )<br>)<br>Charlene V. Mead, )<br>)<br>               Defendant. )<br>_____) | Civil Action No. 07-502 (GMS) |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on November 14, 2007, I did cause to be served true and correct copies of the **NOTICE OF WITHDRAWAL OF MOTION TO TRANSFER VENUE** on the parties listed on the attached service list as indicated thereon.

DATED: November 14, 2007

                                           Christopher D. Loizides (No. 3968)
                                           LOIZIDES, P.A.
                                           1225 King Street, Suite 800
                                           Wilmington, DE 19801
                                           Telephone:  (302) 654-0248
                                           Facsimile:   (302) 654-0728
                                           E-mail:       loizides@loizides.com

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

John T. Carroll, III, Esquire
Cozen O'Connor
1201 No. Market St., Suite 1400
Wilmington, DE  19801

Gary Underdahl, Esquire
A-S-K Financial LLP
2600 Eagan Woods Drive, Suite 400
Eagan MN  55121